■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LANFRANCO, Also Known as JOSE LANFRANCO, Appellant. [869 NYS2d 844]—

No opinion. Order filed. Concur—Friedman, J.P., McGuire, Acosta, DeGrasse and Freedman, JJ.